JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANK TIMOTHY MORALES,<br>Plaintiff,<br>v.<br>ROBERT G. LUNA, et al.,<br>Defendants. | No. 2:23-cv-00153-HDV-BFM<br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed for failure to prosecute and to follow court orders, and this action is dismissed without prejudice.

DATED: July 11, 2023

_____
HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE